Filed 4/18/13  In re Ivan M. CA1/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| In re IVAN M., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>IVAN M.,<br><br>        Defendant and Appellant. | A136334<br><br>(Alameda County<br>Super. Ct. No. SJ08-11101-10) |

In this matter, Ivan M., age 18, filed his notice of appeal on August 20, 2012.  The case concerned the placement of defendant at Santa Rita jail by the juvenile court from June 21, 2012, after counsel for Ivan M. challenged the sentence.  At a placement review hearing on November 28, 2012, the juvenile court ordered Ivan M. released from Santa Rita jail, dismissed the wardship and terminated his probation.  In other words, the case was dismissed by the trial court.  In a footnote of defendant's opening brief, counsel suggests the appeal is "moot."  Nevertheless, she decided to file a *Wende* brief.

Defendant counsel has reviewed the file in this case and has determined there are no meritorious issues to raise on appeal.  She has complied with the relevant case authorities.  (*People v. Kelly* (2006) 40 Cal.4th 106; *People v. Wende* (1979) 25 Cal.3d 436.)  Defendant was notified of his right to file a supplemental brief but has not done so.

1

We have reviewed this record.  Based on the decision of the trial court to terminate the wardship of the court in this matter and dismiss the petition filed by the district attorney, we believe the case is no longer reviewable on this record.  Generally, potential appellate issues are moot with the dismissal.  " 'As a general rule, "an appeal presenting only abstract or academic questions is subject to dismissal as moot." [Citation.]' [Citation.]" (*In re Joshua C.* (1994) 24 Cal.App.4th 1544, 1547.)  " 'When no effective relief can be granted, an appeal is moot and will be dismissed.' [Citations.]" (*MHC Operating Limited Partnership v. City of San Jose* (2003) 106 Cal.App.4th 204, 214.)  The court's jurisdiction over Ivan M. was terminated as of November 28, 2012.  This case is moot as to Ivan M.  The appeal is dismissed.

_____

Dondero, J.

We concur:

_____

Margulies, Acting P. J.

_____

Banke, J.

2